52 F.3d 313
 Ellen J. Adams, Barbara A. Schaffer, Darlene M. Wehrmeister,
Blaine Brock, Richard Langin, Charles Henshaw,
John T. Wakeley, Barbara Rainaldi, James Chapel
v.
A. Peter Kanjorski, Chairman of Commonwealth of
Pennsylvania, Department of Labor and Industry, Bureau of
Workers Compensation, Workers' Compensation Appeal Board,
William J. Atkinson, Commissioner, Member of Commonwealth of
Pennsylvania, Department of Labor and Industry, Bureau of
Workers' Compensation,
 NO. 94-7405
 United States Court of Appeals,
Third Circuit.
 Mar 10, 1995
 
 Appeal From: M.D.Pa., No. 93-00309,
 Muir, J.
 
 
 1
 AFFIRMED.